**STATE of Missouri, Respondent,**

v.

**Wallace N. WEIR, Appellant.**

No. WD 59713.

Missouri Court of Appeals, Western District.

Feb. 19, 2002.

Amy Bartholow, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Richard A. Starnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, THOMAS H. NEWTON, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

Wallace N. Weir appeals his conviction of one count of burglary in the first degree, § 569.160, RSMo, and one count of armed criminal action, § 571.015, RSMo. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).